**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |
|---|---|

September 28, 2007

**LETTER ORDER SCHEDULING ORAL ARGUMENT**

Re:   **GlaxoSmithKline Consumer Healthcare, L.P. v. Merix
         Civil Action No. 05-898 (DRD)**

Dear Counsel:

   Oral Argument regarding Plaintiff's pending motion to compel discovery and Defendant's cross-motion to compel discovery has been scheduled before the undersigned on **December 19, 2007 at 11:00 a.m. in Courtroom 2D.**  Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

   **SO ORDERED.**

                                                                *s/Esther Salas*
                                                                **Esther Salas, U.S.M.J**